UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMANDA MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV915 JCH |
| ) | |
| CHOICE HOTELS INTERNATIONAL, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of Franklin County, State of Missouri.

Dated this 12th day of June, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE